**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
:
OTTO A. VERNON,                           :        **ORDER**
                Plaintiff,                 :
:
        -against-                         :        19-CV-10520 (VEC) (OTW)
:
COMMISSIONER OF SOCIAL SECURITY,          :
:
                Defendant.                 :
:
-------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge**:

       Per the Court's February 19, 2020 Order, Plaintiff, proceeding *pro se*, was directed to file his answering brief to the Commissioner's Motion for Judgment on the Pleadings by June 19, 2020. (ECF 13). To date, Plaintiff has failed to file any response. Plaintiff shall respond to the Commissioner's motion, ECF 14, by **November 20, 2020**. Failure to timely file a response may result in the Court considering the Commissioner's motion to be unopposed. The Commissioner may file a reply within **21 days of service of Plaintiff's response**.

       The Clerk of Court is respectfully requested to mail a copy of this Order and ECF 14-15 to the *pro se* Plaintiff.

       **SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: October 20, 2020                                     **Ona T. Wang**
        New York, New York                         United States Magistrate Judge