**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                                            :

OTTO A. VERNON,                                :        **ORDER**
                      Plaintiff,                       :

            -against-                          :        19-CV-10520 (VEC) (OTW)

COMMISSIONER OF SOCIAL SECURITY,    :

                    Defendant.                   :
-------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge**:

        On October 20, 2020, I entered an order extending the *pro se* Plaintiff's time to respond to the Commissioner's Motion for Judgment on the Pleadings (ECF 14) to November 20, 2020. (ECF 16). On November 7, 2020, the *pro se* Plaintiff updated his address with the Court. (ECF 17 (entered November 19, 2020)).

        In order to ensure that Plaintiff has received the recent filings and orders, Plaintiff's time to respond to the Commissioner's Motion is hereby extended to **January 7, 2020**. Failure to timely file a response may result in the Court considering the Commissioner's motion to be unopposed. The Commissioner may file a reply within **14 days of service of Plaintiff's response**.

        The Clerk of Court is respectfully requested to mail a copy of this Order, the Docket Sheet, and ECF 14-16 to the *pro se* Plaintiff.

        **SO ORDERED.**

                                                                        *s/ Ona T. Wang*

Dated: December 7, 2020                                        **Ona T. Wang**
      New York, New York                         United States Magistrate Judge