**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                         :

OTTO A. VERNON,                            :           **ORDER**
                     Plaintiff,                        :
                                                         :
            -against-                        :           19-CV-10520 (VEC) (OTW)
                                                         :

COMMISSIONER OF SOCIAL SECURITY,     :
                                                         :
                     Defendant.                   :
                                                         :
-------------------------------------------------------------X

**ONA T. WANG, United States Magistrate Judge**:

        The *pro se* Plaintiff's response to the Commissioner's Motion for Judgment on the Pleadings was originally due by June 19, 2020. (ECF 13). After Plaintiff failed to timely file a response, I ordered, on October 20, 2020, that Plaintiff respond by November 20, 2020. (ECF 16). After Plaintiff updated his address with the Court and to ensure that Plaintiff had received the recent filings and orders, I extended the response time to January 7, 2020.

        On January 6, 2020, Plaintiff requested a 30-day extension of time so that he may obtain counsel. (ECF 19). The Commissioner consents. The application is **GRANTED**. Plaintiff's response is due by **February 5, 2021**.

        No further extensions will be granted unless good cause shown. Any request for an extension must be filed by **February 1, 2021.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: January 11, 2021<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |