# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

OTTO VERNON,

                Plaintiff,                      19 **CIVIL** 10520 (OTW)

      -against-                              **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security

                Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Opinion and Order dated March 19, 2021, the Commissioner's Motion for Judgment on the Pleadings is **DENIED**, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York
          March 25, 2021

                                                         **RUBY J. KRAJICK**
                                                            Clerk of Court

                                            **BY:**
                                                              **Deputy Clerk**